IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER:

JOSE ENRIQUE REGUERA,
and all others similarly Situated under 29 U.S.C. 216 (B),

    Plaintiff,

v.

GUANTANAMERA CIGARS COMPANY, a Florida Corporation,
JOSE MONTAGNE, individually
MARGARITA MONTAGNE, individually

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

    Defendants, GUANTANAMERA CIGARS COMPANY, JOSE MONTAGNE, and MARGARITA MONTAGNE, through undersigned counsel, file their Notice of Removal pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1446 and states as follows:

    1.    On April 7, 2023, Plaintiff, a filed the above-styled action in the Circuit Court of the 11th Judicial District of Florida as Case 2023-014974-CA-01 against Defendants, for alleged violations of the Fair Labor Standards Act, 28 U.S.C. §§ 206, 206, 215(b), 216(b).

    2.    Defendant provides this notice of removing the action from the 11th Judicial Circuit in and for Miami Dade County, Florida to this Court. Removal is proper under 28 U.S.C. § 1331 because the Court has federal question jurisdiction over Plaintiff's FLSA claims.

    3.    This notice has been timely filed within 30 days of the Complaint's service upon Defendants. 28 U.S.C. § 1446(b)(1).

### Federal Question Jurisdiction

4. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Plaintiff's Complaint asserts federal claims under the FLSA.

6. The Court therefore has federal question jurisdiction over these claims, allowing for removal of the action.

### Attachment of State-Court Filings

7. In accordance with 28 U.S.C. § 1446(a), attached to this motion as Exhibit A are true and correct copies of all process, pleadings and orders that have been filed in the state court to date along with a current docket sheet from the Fifteenth Judicial Circuit.

8. In removing this action, Defendants do not waive any available defenses or admit any of the Complaint's allegations.

9. The only such documents at this time are the Complaint, summonses and returns of service, and notices of appearance.

Dated: July 20, 2023

                                            Respectfully submitted,

                                            MICHAEL A. PANCIER
Counsel for Defendants
9000 Sheridan Street - Suite 93
Pembroke Pines, FL  33024
Tel.:  954-862-2217
Email: mpancier@pancierlaw.com

By: /s/ Michael A. Pancier, Esq.
    MICHAEL A. PANCIER
    Florida Bar No.: 958484

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on July 20, 2023 via e-service upon Plaintiff's counsel: Henry Hernandez, Esquire, at the email set forth below:

Primary:     Henry@HHLAWFLORIDA.com
Secondary:   legal@hhlawflorida.com

Respectfully submitted,

MICHAEL A. PANCIER
Counsel for Defendants
9000 Sheridan Street - Suite 93
Pembroke Pines, FL  33024
Tel.:  954-862-2217
Email: mpancier@pancierlaw.com

By: /s/ Michael A. Pancier, Esq.
     MICHAEL A. PANCIER
     Florida Bar No.: 958484