UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-cv-22718-BLOOM/Otazo-Reyes**

JOSE ENRIQUE REGUERA,
*and all others similarly situated
under 29 U.S.C. § 216(b)*,

      Plaintiff,

v.

GUANTANAMERA CIGARS
COMPANY, *a Florida Corporation*,
JOSE MONTAGNE, *individually*,
*and* MARGARITA MONTAGNE,
*individually*,

      Defendants.

_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

      **THIS CAUSE** is before the Court upon the parties' Joint Motion to Approve Settlement Agreement and to Dismiss Action with Prejudice, ECF No. [16] ("Motion"), filed on October 26, 2023. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Motion, **ECF No. [16]**, is **GRANTED**.

2.      The Settlement Agreement and Release of All Claims, ECF No. [16] ("Settlement Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

Case No. 23-cv-22718-BLOOM/Otazo-Reyes

3.      This case is **DISMISSED WITH PREJUDICE**, and all pending motions are

**DENIED AS MOOT**.

4.      The Clerk shall **CLOSE** the case.

5.      The Court retains jurisdiction until December 10, 2023 to enforce the terms of the

Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 26, 2023.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record